**Marc Harold JACKSON, Petitioner–Appellant,**

v.

**Lloyd L. WATERS; the Attorney General of the State of Maryland, Respondents–Appellees.**

No. 02–6635.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 5, 2002.

Marc Harold Jackson, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Marc Harold Jackson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jackson v. Waters*, No. CA–01–2229–DKC (D.Md. Mar. 29, 2002). We deny Jackson's "Motion for Release." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*